UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
APR 2 5 2017
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
            DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | MAGISTRATE NO.: A-17-MJ-00134-ML |
| ) | |
| NIMA ATTARPOUR YAZDI, ) | **A17 CR 180 LY** |
| BOOKING# 1703015, ) | |
| Defendant. ) | |

## APPLICATION FOR WRIT OF HABEAS
## CORPUS AD PROSEQUENDUM

Comes now the United States of America and respectfully represents that the above case is set for court proceedings on the __27th__ day of __April__, 2017; that the Defendant is incarcerated and is now in the custody of the Travis County Correctional Complex, 3614 Bill Price Road, Del Valle, Texas, 78617.

WHEREFORE, the government prays that this Court issue an order directing the Clerk of the Court to issue a Writ of Habeas Corpus Ad Prosequendum addressed to the Travis County Correctional Complex Records Department (records-delvalle@co.travis.tx.us), commanding it to surrender the said Defendant into the custody of the United States Marshal for the Western District of Texas, or his duly authorized representative, and directing said Marshal to bring said Defendant to Austin, Texas, on __April__, __27th__, 2017, at __9:00__ A.M. for the purpose of said proceedings, and any further proceedings to be had in this cause.

Respectfully submitted,

RICHARD L. DURBIN, JR.
UNITED STATES ATTORNEY

By: _____
Gregg N. Sofer
ASSISTANT U.S. ATTORNEY
816 Congress Avenue, Suite 1000
Austin, Texas 78701
(512)916-5858 (office)
(512)916-5854 (fax)